**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 22-7414**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROY CHAPMAN CORRELL,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, Senior District Judge.  (3:21-cr-00001-NKM-JCH-1)

―――――――――

Submitted:  July 20, 2023                                        Decided:  July 24, 2023

―――――――――

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Roy Chapman Correll, Appellant Pro Se.  Rachel Barish Swartz, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Chapman Correll appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review a district court's denial of a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021).  We have reviewed the record and conclude that the district court did not abuse its discretion and sufficiently explained the reasons for the denial.  Accordingly, we affirm the district court's order.  *United States v. Correll*, No. 3:21-cr-00001-NKM-JCH-1 (W.D. Va. Nov. 22, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*